IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                  ORDER

              Plaintiff,

                                            07-CR-0094-C

     v.

BRUCE RHODES,

             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

        Defendant Bruce Rhodes has filed an objection to the report and recommendation entered by the United States Magistrate Judge on September 24, 2007. Defendant does not make any new objections to anything in the magistrate judge's report, but simply relies on the memorandum in support of his motion to suppress that he filed before the magistrate judge.

        I have reviewed the magistrate judge's report and defendant's motion and supporting brief. Nothing in defendant's brief provides a reason to reject the magistrate judge's the recommendation to deny the motion to suppress. Defendant contends that the probable cause showing was inadequate but he can offer no evidence to support his contention. It is true, as defendant argues, that the officers could have taken a number of steps to expand

1

upon their showing of probable cause, but it their failure to take those steps does not mean that probable cause did not exist. The issuing court had ample evidence from which it could find probable cause to believe that defendant had pornographic images on his computer.

ORDER

IT IS ORDERED that the recommendation of the United States Magistrate Judge to deny defendant Bruce Rhodes's motion to suppress the evidence obtained from the search and seizure of defendant's computer is ADOPTED. FURTHER, IT IS ORDERED that defendant's motion to suppress the evidence obtained from the search of his computer is DENIED.

Entered this 16th day of October, 2007.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge